UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| VISIONARY IMAGING LLC, ) | Case No.08-44581-659 |
| ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| A. THOMAS DEWOSKIN, Chapter 7 Trustee ) | **Adversary No. 09-4220-659** |
| ) | |
| ) | PUBLISHED |
| Plaintiff. ) | |
| ) | |
| -v- ) | |
| ) | |
| IMAGING ADVANTAGE LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## **AMENDED ORDER**

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Plaintiff's Motion for Summary Judgment is **GRANTED** and judgment on Count I of the Complaint to Avoid and Recover Transfers is entered in favor of A. Thomas DeWoskin, Plaintiff and against Imaging Advantage LLC, Defendant in that the Transfers made by Debtor to Defendant are avoided in the amount of $233,376.86 as preferential transfers under 11 U.S.C. § 547(b); and Plaintiff is awarded a judgment in the amount of $233,376.86 pursuant to 11 U.S.C. § 550 as the value of the avoided preferential transfers against Defendant; and

**IT IS FURTHER ORDERED THAT** the relief requested on Count II of the Complaint to Avoid and Recover Transfers is DENIED AS MOOT; and

**IT IS FURTHER ORDERED THAT** Plaintiff's requests for interest and costs are DENIED; and

**IT IS FURTHER ORDERED THAT** Defendant's Motion for Summary Judgment is DENIED;

and this is the final judgment and Order of this Bankruptcy Court in this case.

_/s/ Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: June 20, 2011
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

A. Thomas Dewoskin
Danna McKitrick, PC
7701 Forsyth, Suite 800
St. Louis, MO 63105

Daniel D. Doyle
Lathrop & Gage LLP
7701 Forsyth Blvd., Ste. 400
St. Louis, MO 63105

Laura Uberti Hughes
Spencer Fane Britt & Browne LLP
One North Brentwood Blvd.
Ste. 1000
St. Louis, MO 63105

Michael A. Brockland
Haar & Woods LLP
1010 Market St., Ste. 1620
St. Louis, MO 63101

Spencer P. Desai
Desai Law Firm LLC
Pierre Laclede Center
7733 Forsyth Boulevard, Suite 2075
St. Louis, MO 63105

2